UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA M. EGBERT,<br><br>            Plaintiff,<br><br>    v.<br><br>JANICE K. BURCH,<br><br>            Defendant. | ) CIVIL CASE NUMBER:<br>) 1:05-cv-01461-OWW-DLB<br>)<br>) MISCELLANEOUS NUMBER:<br>) 1:05-mc-00046-SMS<br>)<br>) ORDER DIRECTING CLERK TO CONVERT<br>) MISCELLANEOUS CASE INTO CIVIL<br>) CASE AND OPEN REGULAR CIVIL CASE<br>)<br>) ORDER DIRECTING PLAINTIFF TO PAY<br>) THE FILING FEE OR FILE AN<br>) APPLICATION TO PROCEED IN FORMA<br>) PAUPERIS WITHIN THIRTY DAYS<br><br>ORDER DIRECTING THE CLERK TO SEND<br>PLAINTIFF A BLANK APPLICATION TO<br>PROCEED IN FORMA PAUPERIS |

   Plaintiff is proceeding pro se with an action for damages and other relief concerning real property. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

   I. <u>Conversion of Miscellaneous Proceeding to a Civil Action</u>

   After filing a document styled as a commercial affidavit on November 7, 2005, and paying a $39.00 filing fee, a miscellaneous

1

1  proceeding with the number indicated above was opened. On
2  November 17, 2005, the Court received from Plaintiff a document
3  styled as a complaint in which Plaintiff states facts that she
4  alleges are a basis for jurisdiction in this Court and a basis
5  for a claim for relief.
6      Accordingly, the Clerk of the Court will be directed to file
7  the document received on November 17, 2005, as a complaint,
8  convert the miscellaneous proceeding into a regular civil action,
9  and open a civil action.
10     II. <u>Filing Fee</u>
11     Plaintiff has paid a $39.00 filing fee. However, the full
12 filing fee for filing a civil action is $250.00. Thus, a balance
13 of $211.00 is owing. Plaintiff has neither paid this balance nor
14 submitted an application to proceed in forma pauperis.
15     Accordingly, IT IS ORDERED that
16     1) The Clerk of the Court IS DIRECTED to file the document
17 received on November 17, 2005, as a complaint, convert the
18 miscellaneous proceeding into a regular civil action, and open a
19 civil action; and
20     2) Plaintiff IS DIRECTED either to pay the $211.00 balance
21 owed on the filing fee or to file a completed application to
22 proceed in forma pauperis no later than thirty days after the
23 date of service of this order; and
24     3) The Clerk of Court IS DIRECTED to send to Plaintiff with
25 this order a copy of a blank application to proceed in forma
26 pauperis; and
27     4) Plaintiff is informed that a failure to comply in a
28 timely fashion with the Court's directions will be considered to

be a failure to comply with an order of the Court within the meaning of Local Rule 11-110 and may result in dismissal of the action.

IT IS SO ORDERED.

**Dated:     November 18, 2005**                    **/s/ Sandra M. Snyder**
icido3                                                                         UNITED STATES MAGISTRATE JUDGE