UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

LINDA M. EGBERT,                    )
                                    )
                                    )
              Plaintiff,            )
                                    )        CV F 05-1461 OWW DLB
       v.                           )
                                    )        ORDER DISMISSING ACTION
JANICE BURCH                        )        FOR LACK OF PROSECUTION
COUNTY OF MADERA                    )
STATE OF CALIFORNIA                 )
              Defendant.            )
                                    )
                                    )
_____)

        It appearing that the plaintiff having failed to prosecute
this action and having failed to respond to the courts Order To
Show Cause;

            IT IS HEREBY ORDERED that this action is dismissed
without prejudice.


Dated: September 28, 2006          /s/ OLIVER W. WANGER
_____
                                        OLIVER W. WANGER
                                   UNITED STATES DISTRICT JUDGE

1